# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDNA JANE FAVREAU,**

          **Plaintiff,**

**-vs-**                                                     **Case No.  6:07-cv-1210-Orl-22DAB**

**STATE OF FLORIDA,**

          **Defendant.**

## ORDER

This case is DISMISSED by the Court, because it is duplicative of Case No. 6:07-cv-723-Orl-22DAB. Despite Plaintiff's allegations that "these cases are about two different things" (*see* Objections to Report and Recommendation, Doc. No. 27), the cases concern the same underlying factual allegations. *Compare* Complaint (Doc. No. 28) *with* Third Amended Complaint in Case No. 6:07-cv-723 (Doc. No. 51). Plaintiff attempted to file the same Third Amended Complaint in both cases. *See* Case No. 6:07-cv-723-Orl-22DAB, Doc. No. 51 (marked "to be filed in BOTH CASES"). This filing indicates that the issues in the two cases are identical.

Magistrate Judge Baker issued a Report & Recommendation ("R&R") that was filed in both 6:07-cv-723 (Doc. No. 48) and 6:07-cv-1210 (Doc. No. 25), recommending that the claims in 6:07-cv-1210 be dismissed because they are identical to the claims made in 6:07-cv-723. *See* Doc. No. 25 at 11. Plaintiff objected to the R&R. Doc. No. 27. The Court hereby adopts that portion of the R&R that recommends dismissal.[1] Doc. No. 25 at 11.

---

[1] As addressed in the Order in the identical companion case, 6:07-cv-723, the R&R is moot with respect to all other issues.

Based on the foregoing, it is ORDERED that:

1. The Report & Recommendation (Doc. No. 25) is hereby adopted to the extent that it recommends dismissal of 6:07-cv-1210.

2. Case No. 6:07-cv-1210-Orl-22DAB is DISMISSED.

3. All pending motions in this case are DENIED as MOOT.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Chambers, in Orlando, Florida on December 14, 2007.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Plaintiff Edna Jane Favreau