**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**EDNA JANE FAVREAU,**

        **Plaintiff,**

**-vs-**                                                                            **Case No.  6:07-cv-1210-Orl-22DAB**

**STATE OF FLORIDA,**

        **Defendant.**
_____

## ORDER

This cause is before the Court on Plaintiff's Motion and Declaration for Leave to Proceed *in Forma Pauperis*, filed on January 4, 2008.  Doc. No. 40.  The United States Magistrate Judge submitted a Report & Recommendation ("R&R") which recommended that Plaintiff's motion be denied.  Doc. No. 41.  Plaintiff filed an Objection to the R&R on January 18, 2008, and a Supplementary Affidavit on January 28, 2008.  Doc. Nos. 42 and 43.

After an independent *de novo* review of the record in this matter, including the submissions of Plaintiff (Doc. Nos. 42 and 43), the Court agrees entirely with the findings of fact and conclusions of law made by the Magistrate Judge in the R&R.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 15, 2008 (Doc. No. 41) is **ADOPTED** and **CONFIRMED** and made a part of this Order.  As the R&R states, this case is entirely duplicative of Case No. 6:07cv-723-Orl-22DAB.

2. The Motion for Leave to Appeal *In Forma Pauperis* (Doc. No. 40), filed January 4, 2008, is **DENIED**.

**DONE** and **ORDERED** in Chambers in Orlando, Florida on February 5, 2008.

ANNE C. CONWAY
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record
Unrepresented Party
Clerk, Eleventh Circuit Court of Appeals, Case No. 07-15929-C