# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDNA JANE FAVREAU,**

       **Plaintiff,**

**-vs-**　　　　　　　　　　　　　　　　　　　　　　　　　Case No.  6:07-cv-1210-Orl-22DAB

**STATE OF FLORIDA,**

       **Defendant.**

_____

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** **MOTION FOR RECONSIDERATION (Doc. No. 52)**
>
> **FILED:** December 11, 2008
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

As noted previously, Plaintiff has full access to this long closed case and the companion case, by examining her own records, via PACER,[1] or by using the public terminals at the Courthouse. In both the original motion and this motion for reconsideration, Plaintiff has failed to provide a discernible explanation as to what "research" she needs to do regarding her own unsuccessful federal cases to be able to litigate matters in state court. Plaintiff fills dozens of pages describing why she feels she has been victimized by her former husband and the Florida judicial system, but none of this has any apparent bearing on getting additional access to the records in these cases. No grounds for

---

[1] Although Plaintiff describes her financial difficulties, she has not shown that the modest PACER charges present any special burden.

reconsideration are present. To the extent Plaintiff expresses a desire to make additional filings by facsimile, the request is DENIED.  Plaintiff is reminded that both of her federal cases are closed, having been dismissed with appeals from the dismissals also dismissed.  There is no occasion for further filings, by facsimile or otherwise.

**DONE** and **ORDERED** in Orlando, Florida on January 5, 2009.

*David A. Baker*
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Unrepresented Party